# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEITH PHELAN,

        Defendant/Petitioner,        Case Number: 03-CV-73942-DT
                                                        98-CR-80812-02

v.

                                                   JUDGE PAUL D. BORMAN
UNITED STATES OF AMERICA,         UNITED STATES DISTRICT COURT

        Plaintiff/Respondent.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING PETITIONER'S MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255

      Before the Court is the Magistrate Judge's Report and Recommendation in favor of denying Petitioner's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255.

      Having reviewed that Report and Recommendation, Petitioner's objections thereto, and Respondent's reply to those objections, the Court enters as its findings and conclusions the Report and Recommendation in favor of denying Petitioner's motion to vacate his sentence.

      The Court notes that the Supreme Court's intervening decision in *United States v. Booker*, – U.S. –, 125 S.Ct. 738 (2005), now governs Petitioner's claim under *Blakely v. Washington*, – U.S. –, 124 S.Ct. 2531 (2004). *Booker* applied "the *Blakely* reasoning to the Federal Sentencing Guidelines," and held that "'[a]ny fact (other than a prior conviction) which is necessary to support a sentence exceeding the maximum authorized by the facts established by a plea of guilty or a jury verdict must be admitted by the defendant or proved to a jury beyond a

reasonable doubt.'" *Humphress v. United States,* 398 F.3d 855, 860 (6th Cir. 2005) (quoting *Booker*, 125 S.Ct. at 756). Yet, *Booker* does not apply retroactively to cases that are already final on direct review, as in Petitioner's case. *Id.* at 857.

SO ORDERED.

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: September 2, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 2, 2005.

                                                    s/Jonie Parker
                                                    Case Manager