UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                       CASE NO. 03-73942
                                               CRIM. CASE NO. 98-80812

v.                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

KEITH PHELAN

      Defendant,
_____/

ORDER
DENYING MOTION FOR BOND

    Having read the pleadings, and having heard oral argument on October 26, 2006, the

Court DENIES the Defendant's Motion for Bond for the reasons set forth on the Record.

    SO ORDERED.

                                                     s/Paul D. Borman
                                                     PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: October 27, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 27, 2006.

                                                     s/Denise Goodine
                                                     Case Manager